UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:10-CR-196-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANIQUA SHONTA BURRELL | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, December 6, 2010, in Wilmington. The case is hereby CONTINUED to January 3rd term of court in Wilmington, North Carolina.

This 17th day of November 2010.

James C. Fox
Senior U.S. District Judge